**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH HALL,
               Plaintiff,

      -v-

DEPARTMENT OF CORRECTIONS
MEDICAL DEPARTMENT, SING SING
CORR. FACILITY.
CENTRAL OFFICE: MEDICAL.
FELIX EZEKWE, M.D. PROVIDER, SING
SING CORR. FACILITY.
MS. RASIA FERDOUS, MEDICAL DIRECTOR,
SING SING CORR. FACILITY
F.M.D. DANA GAGE, CENTRAL OFFICE
MEDICAL DEPARTMENT.
               Defendant's

APPLICATION FOR ORDER DIRECTING SERVICE BY U.S. MARSHAL

I, KEITH HALL, plaintiff in the above entitled action, hereby request an order of the Court directing the U.S. Marshal for the Southern District of New York, pursuant to Fed.R.Civ.P. 4(c)(2), to serve the summons and complaint in this action.

Date: 8/13/20

                                 Keith Hall
                                 Signature of Plaintiff

---

Pro se Pltf.'s motion for service on Defts is denied as moot. The Defts named in the Amended Complaint (ECF No. 28) are already represented by counsel and counsel received a copy of the Amended Complaint upon its efiling. Clerk of Court directed to mail a copy of this endorsement to Pltf at the last address listed on the docket and terminate the motion (ECF No. 26).

Dated: March 17, 2021

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2021

RECEIVED
SDNY PRO SE OFFICE
2020 AUG 18 PM 3:49